**E-filed 4/10/07**

Dana N. Gwaltney (SBN 209530)
  dgwaltney@shb.com
Sara J. Romano (SBN 227467)
  sromano@shb.com
Mia Solvesson (SBN 246291)
  msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendants
GUIDANT CORPORATION,
GUIDANT SALES CORPORATION,
CARDIAC PACEMAKERS, INC. and
BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| KIMBERLY BRITTINGHAM, individually, and as successor trustee of the Brittingham Trust (of Janet Brittingham Decedent) and DANA BRITTINGHAM individually., <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC. AND BOSTON SCIENTIFIC CORPORATION., <br><br> Defendants. | Case No. C07 01679 JF <br><br> STIPULATION AND [PROPOSED] ORDER TO STAY PRETRIAL DEADLINES |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that all pretrial proceedings, including the June 27, 2007 case management conference, as well as Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation's (collectively "Guidant") deadline to answer or otherwise respond to Plaintiffs' complaint, be stayed.

This action is one of over 1,240 products liability actions against Guidant that have recently

STIPULATION TO STAY PRETRIAL DEADLINES
CASE NO: C07 01679 JF

121840V1

| | |
|---|---|
| 1 | been brought in or removed to federal courts across the country. As a result of these numerous suits, |
| 2 | on November 7, 2005, pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multi-District Litigation |
| 3 | ("JPML") entered a transfer order establishing an MDL entitled *In re Guidant Corporation* |
| 4 | *Implantable Defibrillators Products Liability Litigation*, MDL-1708, and transferring and |
| 5 | consolidating a number of cases to the United States District Court, District of Minnesota ("MDL |
| 6 | Court" or "MDL 1708"). Guidant intends to seek inclusion of the instant case within the MDL |
| 7 | proceeding. Once transferred, all pretrial issues will be governed by scheduling orders entered by |
| 8 | the Honorable Donovan W. Frank, who presides over MDL 1708. |

The parties contend that a stay of pretrial deadlines is appropriate because this action will be transferred to the District of Minnesota and consolidated with *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL-1708, for pretrial proceedings. Guidant will include this case in its upcoming 62nd Notice of Potential Tag-Alongs, which will be filed with the JPML. Once the JPML is notified that this case is a tag-along action, it will issue a Conditional Transfer Order transferring this case to the MDL. The parties agree that this case will not remain in this Court.

IT IS SO STIPULATED that all pretrial deadlines are stayed.

DATED: April 4, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Mia Solvesson
DANA N. GWALTNEY
SARA J. ROMANO
MIA SOLVESSON

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

1 | DATED: April 3, 2007

Respectfully submitted,

BOURDETTE & PARTNERS

By: /s/ Miriam Bourdette
    MIRIAM R. BOURDETTE

Attorneys for Plaintiffs
KIMBERLY BRITTINGHAM, individually and as successor Trustee of the Brittingham Trust (of Janet Brittingham Decedent) and DANA BRITTINGHAM, individually.

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/6, 2007

_____
THE HONORABLE JEREMY FOGEL

121840V1

3

STIPULATION TO STAY PRETRIAL DEADLINES
CASE NO: C07 01679 JF

TOTAL P.02